# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| DAVID WARD,<br>    **PLAINTIFF** | * |
| v. | *   CIVIL ACTION<br>   FILE NO. **4-14-cv-192 (CDL)**<br>* |
| HARRIS VENTURES, INC. d/b/a<br>STAFF ZONE, &<br>RYAN O. CHISM, individually,<br>    **DEFENDANTS** | *<br><br>* |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this matter be dismissed with prejudice, with each party bearing its own costs.

Respectfully submitted this 29th day of September, 2014.

/s/*John W. Roper*  
John W. Roper, Esq.  
Georgia Bar No. 614159  
*johnroper@roperlaw.com*

THE ROPER LAW FIRM  
5353 Veterans Parkway, Suite D  
Columbus, GA 31904  
(706) 596-5353

/s/*Matthew J. Gilligan*  
Matthew J. Gilligan, Esq.  
Georgia Bar No. 294955  
mgilligan@hagllp.com

HALL, ARBERY, GILLIGAN,  
ROBERTS & SHANLEVER LLP  
3340 Peachtree Road, NE  
Suite 1900  
Atlanta, GA 30326  
(404) 537-5525

## **CERTIFICATE OF SERVICE**

I certify that, on September 29, 2014, I served this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE upon the following via the Court's electronic filing system, addressed to the following attorney of record:

**Matthew J. Gilligan, Esq.**
mgilligan@hagllp.com
**HALL, ARBERY, GILLIGAN,
ROBERTS & SHANLEVER LLP
3340 Peachtree Road, NE
Suite 1900
Atlanta, GA 30326
(404) 537-5525**

*/s/John W. Roper*
John W. Roper
